**United States District Court**
For the Northern District of California

1

2

3

4

5                                     UNITED STATES DISTRICT COURT

6                                     NORTHERN DISTRICT OF CALIFORNIA

7

8    O. Z. MARTIN,                                       No. C-12-1351 EMC (pr)

9                  Petitioner,

10          v.                                           **ORDER DENYING CERTIFICATE OF
                                                         APPEALABILITY**

11   TIM VIRGA, Warden,

12                  Respondent.
     _____/

13

14

15          Petitioner's request for a certificate of appealability, *see* 28 U.S.C. § 2253(c), is **DENIED**.

16   (Docket # 23.)  This is not a case in which "jurists of reason would find it debatable whether the

17   petition states a valid claim of the denial of a constitutional right and that jurists of reason would

18   find it debatable whether the district court was correct in its procedural ruling."  *Slack v. McDaniel*,

19   529 U.S. 473, 484 (2000).

20

21          IT IS SO ORDERED.

22

23   Dated:  February 27, 2013

24

25   _____
     EDWARD M. CHEN
     United States District Judge

26

27

28